UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:05-cr-00012-LJM-CMM |
| ) | |
| JAMES JOE HANSEN (01), ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant James Joe Hansen ("Defendant") filed, *pro se*, a Motion to Modify Conditions of Supervised Release. CM/ECF Docket No. 2. On August 30, 2017, both the U.S. Probation Department and the United States of America responded without objection. The Court hereby concludes that it is in the interests of justice to terminate Defendant's supervised release effective immediately. *See* 18 U.S.C. § 3583(e)(1). Therefore, Defendant's Motion is **GRANTED**.

IT IS SO ORDERED this 1st day of September, 2017.

_____
LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

James Joe Hansen
c/o Jennifer Hansen
26749 Saville Ave.
Bonita Springs, FL  34135-5342

Winfield Ong
U.S. ATTORNEY'S OFFICE
10 West Market Street, Suite 2100
Indianapolis, IN  46204

USPO